UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GABRIEL AARON et al., | No. 2:25-cv-02657-DWC |
| Petitioners, | **ORDER SETTING BRIEFING SCHEDULE** |
| v. | |
| VALVE CORPORATION, | |
| Respondent. | |

Having considered the parties' Stipulated Motion Setting Briefing Schedule, and the Court being fully advised in this matter, makes the following Order:

IT IS HEREBY ORDERED:

Petitioners shall file a motion to compel arbitration, if any, on or before January 28, 2026;

Respondent Valve Corporation ("Valve") shall have up to and including February 27, 2026, to file an opposition to a motion to compel arbitration;

Petitioners shall have up to and including March 13, 2026, to file a reply in further support of a motion to compel arbitration.

ORDER  SETTING BRIEFING
SCHEDULE No. 2:25-cv-02657-
DWC

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

DATED this 5th day of February, 2026.

_____
Jamal N. Whitehead, United States District Judge

ORDER  SETTING BRIEFING
SCHEDULE No. 2:25-cv-02657-
DWC

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

Presented by:

CORR CRONIN LLP

*s/ Blake Marks-Dias*
Blake Marks-Dias, WSBA No. 28169
1015 Second Avenue, Floor 10
Seattle, Washington 98104
(206) 625-8600 Phone
(206) 625-0900 Fax
bmarksdias@corrcronin.com

Michael W. McTigue Jr., *Pro Hac Vice Forthcoming*
Meredith C. Slawe, *Pro Hac Vice Forthcoming*
SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
michael.mctigue@skadden.com
meredith.slawe@skadden.com

*Attorneys for Respondent Valve Corporation*


*s/ Bradley S. Keller*
Bradley S. Keller, WSBA No. 10665

*s/ Jofrey M. McWilliam*
Jofrey M. McWilliam, WSBA No. 28441
BYRNES KELLER CROMWELL LLP
1000 Second Avenue, 38th Floor
Seattle, Washington 98104
Telephone: (206) 622-2000
Facsimile:  (206) 622-2522
Email:       bkeller@byrneskeller.com
                  jmcwilliam@byrneskeller.com

Jonathan D. Waisnor *Pro Hac Vice Forthcoming*
Jonathan Gardner *Pro Hac Vice Forthcoming*
Morris Dweck *Pro Hac Vice Forthcoming*
LABATON KELLER SUCHAROW LLP
140 Broadway
New York, NY 10005
Tel: (212) 907-0700
Fax: (212) 818-0477
jwaisnor@labaton.com
jgardner@labaton.com
mdweck@labaton.com

*Attorneys for Petitioners*

| ORDER  SETTING BRIEFING SCHEDULE No. 2:25-cv-02657-DWC | **CORR CRONIN LLP**<br>1015 Second Avenue, Floor 10<br>Seattle, Washington 98104-1001<br>Tel (206) 625-8600<br>Fax (206) 625-0900 |