THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GABRIEL AARON et al., | No. 2:25-CV-02657-JNW |
| Petitioners, | **ORDER SETTING BRIEFING SCHEDULE** |
| v. | |
| VALVE CORPORATION, | |
| Respondent. | |

Having considered the parties' Stipulated Motion Setting Briefing Schedule, and the Court being fully advised in this matter, and the undersigned counsel for the Parties having stipulated, subject to approval of the Court, the Court makes the following Order:

IT IS HEREBY ORDERED:

Petitioners shall file an amended petition to compel arbitration and renewed motion to compel arbitration, if any, on or before March 27, 2026;

Valve shall have up to and including April 10, 2026, to file a renewed pleading or motion directed to the amended petition to compel arbitration;

Valve shall have up to and including April 10, 2026, to file an opposition to any renewed motion to compel arbitration;

ORDER  SETTING BRIEFING
SCHEDULE No. 2:25-cv-02657-JNW

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON  98104
(206) 622-2000

Petitioners shall have up to and including April 24, 2026, to file a reply in further support of a motion to compel arbitration;

Petitioners shall have up to and including April 24, 2026, to file an opposition to Valve's renewed pleading or motion directed at the amended petition to compel arbitration;

Valve shall have up to and including May 8, 2026 to file a reply in support of its renewed pleading or motion directed to the amended petition to compel arbitration.

DATED this 16th day of March, 2026.

_____
JUDGE JAMAL N. WHITEHEAD

ORDER  SETTING BRIEFING SCHEDULE No. 2:25-cv-02657-JNW

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON  98104
(206) 622-2000

Presented by:

BYRNES KELLER CROMWELL LLP

 s/ Bradley S. Keller
Bradley S. Keller, WSBA No. 10665
Jofrey M. McWilliam, WSBA No. 28441
1000 Second Avenue, 38th Floor
Seattle, Washington 98104
Telephone: (206) 622-2000
Facsimile:  (206) 622-2522
Email:      bkeller@byrneskeller.com
            jmcwilliam@byrneskeller.com

 s/ Jonathan D. Waisnor
Jonathan D. Waisnor *Pro Hac Vice Forthcoming*
Jonathan Gardner *Pro Hac Vice Forthcoming*
Morris Dweck *Pro Hac Vice Forthcoming*
140 Broadway
New York, NY 10005
Tel: (212) 907-0700
Fax: (212) 818-0477
jwaisnor@labaton.com
jgardner@labaton.com
mdweck@labaton.com

*Attorneys for Petitioners*


s/ Blake Marks-Dias
Blake Marks-Dias, WSBA No. 28169
CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104
(206) 625-8600 Phone
(206) 625-0900 Fax
bmarksdias@corrcronin.com

Michael W. McTigue Jr., *Pro Hac Vice Forthcoming*
Meredith C. Slawe, *Pro Hac Vice Forthcoming*
SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
michael.mctigue@skadden.com
meredith.slawe@skadden.com

*Attorneys for Respondent Valve Corporation*

ORDER  SETTING BRIEFING
SCHEDULE No. 2:25-cv-02657-
JNW

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON  98104
(206) 622-2000