UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GABRIEL AARON, et al., Petitioners, v. VALVE CORPORATION, Respondent. | CASE NO. 2:25-cv-02657-JNW ORDER |

This matter comes before the Court of its own accord. Petitioners—Gabriel Aaron and 1,450 other Steam users—seek to compel Respondent Valve Corporation to arbitrate their antitrust claims under the arbitration clause in the Steam Subscriber Agreement. Dkt. No. 1.

In a related matter, *Valve Corp. v. Abbruzzese*, the Court denied Valve's motion for a preliminary injunction, holding that the Updated Steam Subscriber Agreement's retroactive forum-selection clause is likely unconscionable, and so unenforceable, as applied to the defendants there. *See* Petitioners' Notice of Supplemental Authority, Dkt. No. 42. On July 30, 2026, this Court certified that

order for interlocutory appeal. *See Valve Corp. v. Abbruzzese*, Case No. 2:24-cv-1717-JNW (W.D. Wash.) at Dkt. No. 192.

This case stands in the shadow of *Abbruzzese*—should the Ninth Circuit accept the *Abbruzzese* appeal, the outcome would no doubt affect the nearly identical claims here, including Petitioners' pending motion to compel arbitration, Dkt. No. 25, and Valve's pending motion to dismiss, Dkt. No. 32. Because those pending motions hinge on the same question that has been certified for appeal in *Abbruzzese*, a limited stay *here* while the Ninth Circuit decides whether to hear Valve's appeal in *that case* will "'promote economy of time and effort for [the Court], for counsel, and for [the] litigants.'" *See Ass'n of Irritated Residents v. Fred Schakel Dairy*, 634 F. Supp. 2d 1081, 1094 (E.D. Cal. 2008) (quoting *Filtrol Corp. v. Kelleher*, 467 F.2d 242, 244 (9th Cir. 1972)).

Accordingly, the Court ORDERS as follows:

1. This matter is STAYED pending the Ninth Circuit's decision whether to take the appeal in *Abbruzzese*. Within 14 days of that decision, the Parties must file a joint status report. If the Ninth Circuit declines the appeal, the report must include a proposed litigation schedule.
2. The pending motions at Dkt. No. 25 and 32 are STRICKEN with leave to renew. Should the Ninth Circuit decline to take the appeal in *Abbruzzese*, the Parties may file new motions (or cross-motions) to compel or dismiss.

Dated this 30th day of July, 2026.

Jamal N. Whitehead
United States District Judge